

October 23, 2019

Hon. Judge Charles R. Breyer
San Francisco Courthouse – Courtroom 6
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *United States v. Efrain Reyes*, 18-cr-00417 CRB

Dear Judge Breyer:

I am writing on behalf of my client, Efrain Reyes. When Mr. Reyes entered a plea in this matter, we requested, over the Government's objection, that Mr. Reyes' sentencing be deferred for one year so that he could participate in drug treatment, programming, and continue to demonstrate stellar employment and citizenship. Your Honor concluded that the deferment decision would be made after reviewing the Final Presentence Investigation Report ("PSR"). Mr. Reyes' sentencing was then set for November 6, 2019, so that Your Honor could review Mr. Reyes' PSR.

I write at this time to inquire if the parties should submit sentencing memorandum by October 30th or whether the Court is inclined to defer Mr. Reyes' sentencing, including submission of the sentencing memoranda?

Once again, the purpose of the deferment request is to give Mr. Reyes an opportunity to demonstrate a record of drug treatment, outstanding performance on release, and rehabilitation. We would greatly appreciate the opportunity to submit a sentencing memorandum to this Court in 12 months, so as to include all of the progress made by Mr. Reyes in support of an appropriate sentence.

Sincerely,

*julia jayne*

Julia Mezhinsky Jayne