JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9TH St, Suite 200
Oakland, CA 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
EFRAIN REYES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 18-417 CRB  [JCS] |
|---|---|
| Plaintiff, | |
| v. | **EFRAIN REYES'** *EX PARTE* **APPLICATION FOR PERMISSION TO RELOCATE, TRAVEL OUTSIDE OF THE NORTHERN DISTRICT, AND TERMINATE DRUG TESTING CONDITIONS; [Proposed] Order** |
| EFRAIN REYES et al, | |
| Defendant. | |

I, Ashley Riser, declare:

1. I represent Defendant Efrain Reyes in the above-entitled matter. He is currently released an unsecured $50,000 bond with travel restricted to the Northern District of California. The purpose of this application is to request permission for Mr. Reyes to relocate. This application is also requesting the modification of Mr. Reyes' travel restrictions and the termination of his drug testing and counseling conditions.

2. On June 25, 2019, Mr. Reyes pled guilty to a single count of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine. The Honorable Charles R. Breyer has set Mr. Reyes' sentencing for June 3, 2020 at 1:30 PM.

3. Mr. Reyes is requesting permission to relocate to Chino Hills, California, which is located in the Central District of California, on April 30, 2020. Mr. Reyes is requesting permission

to relocate to Chino Hills because his landlord is evicting him due to non-payment of rent. Mr. Reyes is unable to pay rent because he is unable to work due to the coronavirus.

If the Court grants Mr. Reyes' request, Mr. Reyes, his girlfriend, their daughter, and his newborn son would live with his wife's aunt in Chino Hills. Mr. Reyes would work with his father in construction.

4. Thus, Mr. Reyes is requesting a modification of his travel conditions. Currently, his travel is restricted to the Northern District of California. However, Mr. Reyes is requesting that, beginning April 30, 2020, his travel be restricted to the Northern and Central Districts of California.

5. Finally, Mr. Reyes is requesting the Court to remove his drug testing and counseling conditions. Mr. Reyes has been under Pretrial Services supervision since October 2018. Aside from a single positive test for marijuana in July 2019, Mr. Reyes has always tested negative for drugs.

Pretrial Services Officer Josh Libby, who monitors Mr. Reyes, was first to recommend removal of Mr. Reyes' drug-testing condition if he relocates to Southern California. He advised that because the Central District of California utilizes outside vendors for drug testing, they are unlikely to be as flexible with testing. Further, because a condition of Mr. Reyes' bond is drug counseling, they may refer him to counseling, which may be difficult in the current environment. Finally, it does not appear that Mr. Reyes needs drug testing any longer, given his lengthy compliance with pretrial supervision and record of clean tests.

6. I have contacted AUSA Ross Weingarten, who informed me that he has no objection to Mr. Reyes' request.

7. Pretrial Services Officer Josh Libby has informed me that he has no objection to this request.

8. Based on the foregoing, I respectfully request that the conditions of Mr. Reyes' release be modified so that he may be permitted to relocate to Chino Hills, California and travel within the Central and Northern Districts of California. I am further requesting that the drug testing

and counseling conditions of his release are terminated. All other conditions of Mr. Reyes' release shall remain the same. Furthermore, Mr. Reyes shall inform his pretrial services officer of all travel and relocation-related details.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 20, 2020

/s/
ASHLEY RISER
Attorney for EFRAIN REYES

### [PROPOSED] ORDER

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Efrain Reyes' release shall be modified as follows:

On April 30, 2020, Mr. Reyes is permitted to relocate to Chino Hills, California. Beginning on April 30, 2020, Mr. Reyes' travel shall be restricted to the Central and Northern Districts of California. Mr. Reyes' drug testing and conditions are terminated.

All other terms and conditions shall remain in place.

DATED: _____

HONORABLE MAG. JUDGE JOSEPH C. SPERO
United States Magistrate Court Judge

Case No. CR 18-417 CRB
APPLICATION AND PROPOSED ORDER